(C.D. 3781)

E. R. HAWTHORNE & CO., INC. *v.* UNITED STATES

United States Customs Court, Second Division

(Decided April 15, 1969)

*John C. Ray* for the plaintiff.

*William D. Ruckelshaus,* Assistant Attorney General, for the defendant.

Before RAO, FORD, and NEWMAN, Judges

FORD, Judge: The suit listed above has been submitted on a written stipulation reading as follows:

That the item marked "A" and initialed J.J.F. by the Import Specialist John J. Flynn on the invoice covered by the protest involved herein, assessed with duty at the rate of 12% ad valorem under the provisions of ITEM 660.90, Tariff Schedules of the United States, as amended or modified, consist of non-electric, hydraulic marine motors; that it is claimed that the said imports are dutiable under Item 660.85, "other", of the said Tariff Schedules of the United States as amended or modified, at the rate of 9% ad valorem.

IT IS FURTHER STIPULATED AND AGREED that the protest be submitted on this stipulation, the protest being limited to the item marked "A" as foresaid.

Accepting the foregoing stipulation of facts, we find and hold that the items of merchandise marked "A" and initialed on the invoice by the designated import specialist consist of non-electric, hydraulic marine motors. Therefore the claim in the protest that said merchandise is properly dutiable at the rate of 9 per centum ad valorem under the provisions of item 660.85, Tariff Schedules of the United States, as non-electric motors, other, is sustained.

Judgment will be entered accordingly.